UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

HANS D. VISCHJAGER,

        Plaintiff,

    v.

DEPUTY M. WALLACE,

        Defendant.

NO. CIV. S-04-0256 WBS CMK

ORDER TO SHOW CAUSE

----oo0oo----

        By this court's order dated July 14, 2005, this matter was scheduled for a pretrial conference on August 1, 2005. The parties were ordered to submit separate pretrial statements pursuant to Local Rules 16-281 and 16-282. (April 28, 2004 Order). Defendant submitted his pretrial statement, but plaintiff did not. The court attempted to reach plaintiff's counsel William Hawes by telephone and by electronic mail prior to August 1, 2005, but Mr. Hawes did not answer his telephone and did not reply to the e-mail inquiry. At the pretrial conference, defendant's counsel appeared but plaintiff's counsel did not.

        IT IS HEREBY ORDERED that Mr. Hawes appear in Courtroom 5 of this court on August 15, 2005 at 10:00 a.m. to show cause

1

1  why sanctions should not be imposed pursuant to Federal Rule of
2  Civil Procedure 16(f) for his failure to file a pretrial
3  statement and his failure to attend the pretrial conference on
4  August 1, 2005 as ordered.
5          IT IS FURTHER ORDERED that the pretrial conference is
6  rescheduled for August 15, 2005 at 10:00 a.m.  Mr. Hawes shall
7  appear at that conference personally, <u>and with his client also</u>
8  <u>present</u>.
9  DATED: August 1, 2005

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE