**GARY BRICKWOOD, State Bar No. 94892**
**MONIQUE GRANDAW, State Bar No. 162451**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for Defendants,
DEPUTY M. WALLACE

**HERBERT L. TERRERI, State Bar No. 169815**
141 North Street, 2nd Floor
Healdsburg, CA 95448
(707) 431-1933
(707) 431-2769 (fax)

Attorney for Plaintiff,
HANS D. VISCHJAGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANS D. VISCHJAGER, | No. CIV-S-04-0256 WBS GGH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| DEPUTY M. WALLACE, | |
| Defendant. / | |

It is hereby stipulated between the parties that the Further Status Conference scheduled for September 12, 2005 at 9:00 a.m. in Courtroom #5 before Judge William B. Shubb be moved to September 26, 2005 at 9:00 a.m..

DATED: _____, 2005.     _____
                             HERBERT L. TERRERI
                             Attorney for Plaintiff

DATED: _____, 2005.    BRICKWOOD LAW OFFICE


                            _____
                            GARY BRICKWOOD
                            Attorney for Deputy Mike Wallace

**STIPULATION AND ORDER**                                    **1**

1                                    ORDER

2        IT IS SO ORDERED.

3  DATED:   September 19, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER**                                                                  2