1 | **GARY BRICKWOOD, State Bar No. 94892**
**MONIQUE GRANDAW, State Bar No. 162451**
2 | BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
3 | Redding, CA 96001
(530) 245-1877
4 | (530) 245-1879 (fax)

5 | Attorneys for Defendant, DEPUTY M. WALLACE

6 | **HERBERT L. TERRERI, State Bar NO. 169815**
LAW OFFICES OF HERBERT L. TERRERI
7 | 141 North Street, 2nd Floor
Healdsburg, CA 95448
8 | (707) 431-1933
(707) 4431-2769 (fax)
9 |
Attorney for Plaintiff, HANS D. VISCHJAGER
10 |
11 |              UNITED STATES DISTRICT COURT
12 |              EASTERN DISTRICT OF CALIFORNIA
13 | HANS D. VISCHJAGER,            No. CIV-S-04-0256 WBS GGH
14 |         Plaintiff,
                                **REQUEST FOR ORDER DISMISSING THE**
15 | vs.                         **ACTION AND PROPOSED ORDER**
16 | DEPUTY M. WALLACE,
17 |         Defendant.
                           /
18 |
19 |
20 |   The parties to this matter, through their attorneys, state that
21 | the parties have entered into a Settlement and Release Agreement of
22 | All Claims settling all matters in dispute in the above action.  A
23 | copy of the Settlement and Release Agreement of All Claims is attached
24 | to this joint request for dismissal of the action as Exhibit A.
25 | //
26 | //
27 | //
28 | //

**Request for Order Dismissing the Action and Proposed Order**                       **1**

1 | The parties request that the Court enter its Order dismissing the
2 | action with prejudice.
3 | DATED: 11/21  , 2005.          Respectfully submitted
4 |                                BRICKWOOD LAW OFFICE
5 |
6 |                                /s/ GARY BRICKWOOD
   |                                GARY BRICKWOOD
7 |                                Attorney for Defendant
   |                                Deputy Mike Wallace
8 | DATED: November 17, 2005.      LAW OFFICES OF HERBERT L. TERRERI
9 |
10 |
11 |                               /s/ HERBERT L. TERRERI
   |                               HERBERT L. TERRERI
   |                               Attorney for Plaintiff
12 |                               HANS VISCHJAGER
13 |
14 |                               ORDER
15 |     The Court has reviewed the joint request for dismissal of the
16 | action, the Settlement and Release Agreement of All Claims entered
17 | between the parties, and the file in this matter, and it appears that
18 | the action should be dismissed pursuant to the request;
19 |     THEREFORE, IT IS ORDERED, that the matter is dismissed with
20 | prejudice.
21 |
22 | DATED: November 22, 2005
23 |
24 |                               WILLIAM B. SHUBB
25 |                               UNITED STATES DISTRICT JUDGE

**Request for Order Dismissing the Action and Proposed Order**                                    2